

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2019

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Martha Patricia Bustos*, 19 Cr. 482 (PGG)

Dear Judge Gardephe

      On or about June 28, 2019, the defendant in this case pled guilty pursuant to a cooperation agreement, before the Honorable Gabriel Gorenstein. At the time of the defendant's plea, the case was sealed, and docketing delayed, because it was anticipated that the Government would charge and arrest others based, in part, on Bustos' cooperation. Earlier today, FBI agents arrested one of Bustos' co-conspirators in California, and an indictment was unsealed charging that defendant and identifying Bustos as a co-conspirator. Accordingly, the Government respectfully submits that this case should be unsealed and filed on the public docket. Defense counsel has no objection to this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney
      Southern District of New York

         */s/ Edward Imperatore*
      Edward Imperatore/Brendan Quigley
      Assistant United States Attorneys
      (212) 637-2327/2190

SO ORDERED    7/10/19

cc: Peter Till, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2019