UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

        v.

MARTHA PATRICIA BUSTOS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

19 Cr. ____

**19 CRIM 482**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/19

      The above-named defendant, who is accused of one count of violating Title 18, United States Code, Section 371; one count of violating Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2; and one count of violating Title 18, United States Code, Section 1349, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Martha Patricia Bustos
Defendant

_____
Witness

_____
Peter W. Till, Esq.
Counsel for Martha Patricia Bustos

Date:  New York, New York
        June 28, 2019