UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MARTHA PATRICIA BUSTOS,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant will take place on **Thursday, June 9, 2022 at 2:00 p.m.** Any submissions on behalf of the Defendant are due on May 19, 2022, and any submission by the Government is due on May 26, 2022.

Dated: New York, New York
February 11, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge