**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

February 10, 2022

Writer's Direct Contact
+1 (212) 336.4320
EImperatore@mofo.com

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: **United States** v. **Martha Bustos**, 19 Cr. 482 (PGG)

Dear Judge Gardephe:

Please be advised that I have left the U.S. Attorney's Office for other employment. Accordingly, please remove me as counsel of record and from all future ECF notifications in this case.

Thank you for the Court's consideration.

Respectfully submitted,

By:    /s/  Edward Imperatore
       Edward A. Imperatore

cc: Counsel of Record (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 14, 2022

ny-2323550