

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    *United States v. Martha Bustos*, 19 Cr. 482 (PGG)
             *United States v. Donald Blakstad*, 19 Cr. 486 (ER)

Dear Judge Gardephe and Judge Ramos:

      The Government respectfully submits this letter to advise the Court of factually-related cases that are pending before different judges.  On June 28, 2019, Martha Bustos pled guilty before Judge Gardephe to the charges in Information 19 Cr. 482 (PGG) pursuant to a cooperation agreement with the Government.  In June 2021, Bustos testified at the trial of *United States v. Donald Blakstad*, 19 Cr. 486 (ER), before Judge Ramos.  Blakstad was convicted after trial, and has been sentenced by Judge Ramos.  Bustos is currently scheduled to be sentenced before Judge Gardephe on June 9, 2022, at 2 p.m.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                By:    /s/ Jared Lenow
                       Jared Lenow
                       Assistant United States Attorney
                       Southern District of New York

cc: Peter Till, Esq. (by ECF)