UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MARTHA PATRICIA BUSTOS,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the Defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on June 28, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS upon review of that transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       June 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge